UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MICHAEL DUBROC, ET AL

VERSUS

BRAND ENERGY SOLUTIONS, LLC, ET AL

CIVIL ACTION

NO. 08-768-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 1, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' motion to remand (rec.doc. 3) is denied.

Baton Rouge, Louisiana, June 30, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA